IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

SEP -6 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. **06 - CV - 01763** - B NB

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

IN: RE: ANTONIO ALEXANDER,

    Petitioner,

v.

EXEC. DIR. DEPARTMENT OF CORRECTIONS, and
KEVIN MILYARD, Warden,

    Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PETITIONER TO CURE DEFICIENCY

---

    Petitioner has submitted a Motion to File Without Payment and Supporting

Financial Affidavit, a document titled "Writ of Error: Grievance Complaint: Title 28, Sec.

2242 Application for Writ of Habeas Corpus; Evidentiary Haring Requested," a Petition

to Vacate and Set Aside Judgment in the Form of Habeas Corpus, a document titled

"Notice of Transfer to Cure Jurisdiction; Verification; Oath of Office and Notice of

Service," a letter to the Clerk of the Court, a Grievance Complaint on Claim for

Common Law Immunity and Application for Writ of Habeas Corpus.  As part of the

court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the

submitted documents are deficient as described in this order.  Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action.  Petitioner

will be directed to cure the following if he wishes to pursue his claims.  Any papers

which the Petitioner files in response to this order must include the civil action number

on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**

| | | |
|---|---|---|
| (1) | ___ | is not submitted |
| (2) | ___ | is missing affidavit |
| (3) | ___ | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing |
| (4) | ___ | is missing required financial information |
| (5) | ___ | is missing an original signature by the prisoner |
| (6) | X | is not on proper form (must use the court's current form) |
| (7) | ___ | names in caption do not match names in caption of complaint, petition or habeas application |
| (8) | ___ | An original and a copy have not been received by the court. Only an original has been received. |
| (9) | ___ | other _____ |

**Complaint, Petition or Application:**

| | | |
|---|---|---|
| (10) | ___ | is not submitted |
| (11) | X | is not on proper form (must use the court's current form) |
| (12) | ___ | is missing an original signature by the prisoner |
| (13) | ___ | is missing page nos. ___ |
| (14) | ___ | uses et al. instead of listing all parties in caption |
| (15) | ___ | An original and a copy have not been received by the court. Only an original has been received. |
| (16) | ___ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | ___ | names in caption do not match names in text |
| (18) | ___ | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Petitioner cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Petitioner

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus

Action; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the application and

the action will be dismissed without further notice.  The dismissal shall be without

prejudice.

DATED at Denver, Colorado, this __1st__ day of __September__, 2006.

BY THE COURT:


BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.   **06 - CV - 01763** - BNB

Antonio Alexander
Prisoner No. 124116
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751


I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on _9-6-06_


GREGORY C. LANGHAM, CLERK


By: _____
                 Deputy Clerk