IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01763-BNB

IN: RE: ANTONIO ALEXANDER,

      Petitioner,

v.

EXEC. DIR. DEPARTMENT OF CORRECTIONS, and
KEVIN MILYARD, Warden,

      Respondents.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 0 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER DISMISSING CASE

Petitioner Antonio Alexander is a prisoner in the custody of the Colorado
Department of Corrections (DOC) who currently is incarcerated at the Sterling,
Colorado, Correctional Facility.  On November 2, 2006, Magistrate Judge Boyd N.
Boland ordered Mr. Alexander to file an amended application that complied with the
pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and that
demonstrated exhaustion of state remedies.  On November 13, 2006, instead of
complying with the November 2 order, Mr. Alexander submitted a document titled
"Order to Dismiss Civil Action No. 06-cv-01763-BNB, and to Seal All Habeas Corpus
Actions."

The Court must construe liberally the November 13, 2006, document because
Mr. Alexander has filed the document on his own behalf. ***See Haines v. Kerner***, 404
U.S. 519, 520-21 (1972); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991).
Therefore, the Court will construe the November 13 document liberally as a notice of

voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the [petitioner] without order of court (I) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Respondents in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507.

Mr. Alexander fails to provide any compelling reason why the instant action should be sealed. Therefore, the motion to seal will be denied. Accordingly, it is

ORDERED that the document titled "Order to Dismiss Civil Action No. 06-cv-01763-BNB, and to Seal All Habeas Corpus Actions" that Petitioner Antonio Alexander submitted *pro se* and the Court filed on November 13, 2006, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of November 13, 2006, the date the liberally construed notice of dismissal was filed in this action. It is

FURTHER ORDERED that the documents titled "Writ of Error; Grievance Complaint; Title 28, Sec. 2242 Application for Writ of Habeas Corpus; Evidentiary Hearing Requested," "Petition to Vacate and Set Aside Judgment in the Form of Habeas Corpus," "Notice of Transfer to Cure Jurisdiction; Verification; Oath of Office and Notice of Service," "Grievance Complaint on Claim for Common Law Immunity and

Application for Writ of Habeas Corpus," "Nunc Pro Tunc at Law & Public Notice

Revocation Affidavit," and "Demand to: 'Uphold US Const. Art. VI, Clause 2 & Amend.

XIV, Sec. 3'; Enforce All Respondents to Address Attached Nunc Pro Tunc, & Address

Attached 28 U.S.C. § 2243 Writ: Return: & Hearing:" are denied, and the action is

dismissed without prejudice.  It is

 FURTHER ORDERED that the motion to seal is denied.  It is

 FURTHER ORDERED that the motion titled "Motion to File Without Payment and

Supporting Financial Affidavit" is denied as moot.  It is

 FURTHER ORDERED that judgment is entered in favor of Respondents and

against Petitioner.

 DATED at Denver, Colorado, this 17 day of _____ Nov. _____, 2006.

                                        BY THE COURT:

                                        ZITA L. WEINSHIENK, Senior Judge
                                        United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01763-BNB

Antonio Alexander
Prisoner No. 124116
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/20/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk